UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN
GREEN BAY DIVISION

---

EUGENE CUDNOHOSKI

    Plaintiff,

v.                                                       Case No.: 18-cv-1704

QUAD OPTICAL SERVICES LLC

    Defendant

---

**VOLUNTARY STIPULATION OF DISMISSAL WITHOUT PREJUDICE**

---

Plaintiff hereby stipulates pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i) that this matter may be dismissed without prejudice.

Dated this 13th Day of February, 2019.

                                                              By: ***s/ Matthew J. Tobin***_____
                                                              Matthew J. Tobin, SBN 1097545
                                                              Walcheske & Luzi, LLC
                                                              15850 W. Bluemound Road, Suite 304
                                                              Brookfield, Wisconsin 53005
                                                              Telephone: (262) 780-1953
                                                              Email: mtobin@walcheskeluzi.com

                                                              *Attorneys for Plaintiff*